Filed 9/30/13  P. v. Torres CA1/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>ANTHONY TORRES,<br><br>        Defendant and Appellant. | A138553<br><br>(Sonoma County<br>Super. Ct. No. SCR-602564) |

Defendant Anthony Torres appeals from a state prison sentence imposed after he pleaded no contest to several felony charges.  Defendant's counsel has filed an opening brief in which no issues are raised and asks this court for an independent review of the record as required by *People v. Wende* (1979) 25 Cal.3d 436.  Defendant was notified of his right to file a supplemental brief, but has not done so.  After review of the record, we find no arguable issues and affirm.

Defendant was originally charged with multiple counts of residential burglary (Pen. Code, § 459), receiving a stolen vehicle (Pen. Code, § 496d, subd. (a)), receiving stolen property (Pen. Code, § 496), felony evasion of a police officer (Veh. Code, § 2800.4), misdemeanor hit and run (Veh. Code, § 20002, subd. (a)), and several prior

1

conviction allegations; he entered into a plea agreement in the midst of jury trial.[1] Defendant pleaded no contest to four counts of receiving stolen property stemming from the charged burglaries, a count of receiving a stolen vehicle, and felony evading a police officer, and admitted a prior strike allegation (Pen. Code, § 1170.12); the remaining charges and allegations were dismissed. Defendant was sentenced to 12 years eight months in state prison.[2]

Defendant was fully advised of his constitutional rights and the consequences of his plea; there was a factual basis for his plea. He was represented by counsel throughout the proceedings. There was no error in sentencing; defendant received the agreed-upon sentence. There are no arguable issues on appeal.

The judgment is affirmed.

---

[1] Since defendant entered a no contest plea, the underlying facts are not significant. The residential burglaries involved defendant breaking and entering into several residences and stealing property, and he was later found to be in possession of property stolen in the burglaries. The receiving a stolen vehicle, felony evasion, and hit and run charges arose from defendant's leaving the scene where his passenger had attempted to pass a stolen $50 bill, striking another car, and fleeing from a pursuing police car at a high rate of speed.

[2] The sentence consisted of the upper term of three years on the evasion count, doubled to six years due to the prior strike, plus five consecutive sentences of eight months on the remaining counts (doubled to 16 months each, due to the strike).

_____
                    Sepulveda, J.*

We concur:


_____
  Margulies, Acting P.J.


_____
  Dondero, J.

* Retired Associate Justice of the Court of Appeal, First Appellate District, Division Four, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.